# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# CIVIL MINUTES

**Case No.:** CV 04-1393-PA (LEAD)  
CV 05-1386-PA

**Date of Proceeding:** 1/18/06

**Case Title:** Time Warner Telecom of Oregon, LLC, et al. v City of Portland

**Presiding Judge:** Owen M. Panner

**Courtroom Deputy:** Deborah DesJardins

**Reporter:** Dennis Apodaca

**Tape No:**

**DOCKET ENTRY:**

Record of hearing: plaintiffs' motion for summary judgment (#76), defendant's motion for summary judgment (#82), and defendants' motion to strike (#121) are taken under advisement.

## PLAINTIFF'S COUNSEL

Peter Spivack

David Goodnight

Cynthia Mitchell, Arthur Butler

## DEFENDANT'S COUNSEL

Terence Thatcher

cc: { } All counsel

**DOCUMENT NO:**  
**CIVIL MINUTES**

**Civil Minutes**

**Honorable Owen M. Panner**