# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# CIVIL MINUTES

**Case No.:** CV 04-1393-PA (Lead)　　　　　　　　　　**Date of Proceeding:** 1/20/06
　　　　　　CV 05-1386-PA

**Case Title:** Time Warner, et al. v City of Portland

**Presiding Judge:** Owen M. Panner　　　　　　　　**Courtroom Deputy:** Deborah DesJardins

**Reporter:** None　　　　　　　　　　　　　　　　　**Tape No:** _____

## DOCKET ENTRY:

Record of Order: Granting City of Portland's Unopposed Motion (#154) to Amend Answer; Denying Qwest's Motion (#134) to Dismiss as moot, and striking hearing date of Wednesday, February 8, 2006, for Motion to Dismiss.

## PLAINTIFF'S COUNSEL　　　　　　　DEFENDANT'S COUNSEL

_____　　　_____

_____　　　_____

_____　　　_____

cc:　{ } All counsel　　　　　　　　　　　　　　　　　**DOCUMENT NO:** _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CIVIL MINUTES**

**Civil Minutes**　　　　　　　　　　　　　　　　　**Honorable Owen M. Panner**