# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# CIVIL MINUTES

**Case No.:** ~~CV-05-1386-PA~~ *Civ 04-1393-PA*

**Date of Proceeding:** 3/13/06

**Case Title:** Qwest Corp. v City of Portland

**Presiding Judge:** Owen M. Panner

**Courtroom Deputy:** Deborah DesJardins

**Reporter:** Bonita Alexander

**Tape No:** ____

**DOCKET ENTRY:**

Record of hearing: plaintiff Qwest Corp.'s motions for summary judgment (#169) and to strike evidence (#179), and defendant City of Portland's motions for summary judgment (#162) and to exclude testimony (#183) are taken under advisement.

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| David Goodnight | Terrance Thatcher |
| John Ridge | |

cc:   { } All counsel

**DOCUMENT NO:** ____
CIVIL MINUTES

Civil Minutes                                         Honorable Owen M. Panner